### UNITED STATES COURT OF APPEALS
### FOR THE TENTH CIRCUIT
### OFFICE OF THE CLERK

Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157

Elisabeth A. Shumaker          Chris Wolpert
Clerk of Court                 Chief Deputy Clerk

March 11, 2015

Mr. Timothy M. O'Brien (KSkc)
United States District Court for the District of Kansas
Office of the Clerk
500 State Avenue
Robert J. Dole U.S. Courthouse
Room 259
Kansas City, KS 66101

**RE:** 14-3102, Brown v. University of Kansas, et al
Dist/Ag docket: 2:10-CV-02606-EFM

Dear Clerk:

Please be advised that the mandate for this case has issued today. Please note that the mandate includes an order that partially granted costs. Please file accordingly in the records of your court.

Please contact this office if you have questions.

Sincerely,

Elisabeth A. Shumaker
Clerk of the Court

cc: Robert M. Brown
    John P. Gerstle II
    Sara L. Trower

EAS/bv