UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

ROBERT M. BROWN,
    Plaintiff - Appellant,

v.

UNIVERSITY OF KANSAS, et al.,
    Defendants - Appellees.

No. 14-3102

---

On Appeal from the United States District Court
For the District of Kansas

Eric F. Melgren, District Judge

Civil Action No. 10-cv-2606

**MOTION FOR EXTENSION OF TIME TO FILE PETITION
FOR REHEARING**

Plaintiff-Appellant Robert M. Brown hereby requests from the Court an order extending his deadline to file any petition for rehearing, including suggestions that such a petition be heard en banc, by 15 days, to and including February 11, 2014, and shows for cause as follows:

1. This Court entered an Order and Judgment in this case on January 13, 2014. Pursuant to Fed.R.App.P. 40, any petition for rehearing herein is due on or before January 27, 2014.

2. Pursuant to Fed.R.App.P. 40(a)(1), this Court may extend the period within which to file a petition for rehearing.

3. Pursuant to Fed.R.App.P. 27.3(A)(10), the Clerk may grant one extension of time for 15 days or less to file a petition for rehearing.

4. The Order and Judgment failed entirely to address issues 1 (regarding a legitimate claim of entitlement under Kansas Common law to a property interest in Brown's enrollment contract by virtue of Defendant's unequivocal acceptance of his amended application and surrender of their right to rescind) and 2 (regarding whether the creation and publication of governing rules and regulations by the Kansas Board of Regents and the University of Kansas, admittedly a state agency, created a

legitimate claim of entitlement under Kansas common law and the Kansas constitution to the specific protections embodied within those regulations), which were property raised and before this Court on appeal.

5. Brown has consulted with opposing counsel, who opposes this extension.

6. Brown did not receive notification of the Court's Order and Judgment upon its issuance, either by mail or electronically, and first became aware that the case had been decided on January 21, 2014 upon receiving opposing counsel's proposed bill of costs.

7. Brown's press of business in his normal occupation has not provided time for him to complete his Petition for Rehearing.

8. Brown is seeking to engage the assistance of Counsel John P. Gerstle in the preparation of this petition, but has not finalized these arrangements.

9. Brown is not currently attending the University of Kansas. Therefore, defendants will not be prejudiced by the granting of this motion.

WHEREFORE, Plaintiff-Appellant respectfully requests a 15-day extension of time, to and including February 11, 2014, within which to file a petition for rehearing, including suggestions, if any, that such petition be heard en banc.

RESPECTFULLY SUBMITTED this 26th day of January, 2014.

ROBERT M. BROWN,
Plaintiff-Appellant *Pro Se*

*[signature]*

ROBERT M. BROWN
6200 W 74th Street
Overland Park, KS 66204
robertmbrown@live.com
Telephone: 913-384-3269
Facsimile: 866-610-4630

## CERTIFICATE OF SERVICE

This is to certify that I have duly served the within MOTION FOR EXTENSION OF TIME TO FILE PETITION FOR REHEARING upon all parties herein by placing a true copy thereof in the United States Mail, with first-class postage prepaid, at Overland Park, Kansas, this 26th day of January, 2014 addressed as follows:

Sarah L. Trower
Counsel for Defendants
1450 Jayhawk Blvd.
Lawrence, KS  66045
785-864-6276
strower@ku.edu

_____
ROBERT M. BROWN
6200 W 74th Street
Overland Park, KS 66204
robertmbrown@live.com
Telephone: 913-384-3269
Facsimile: 866-610-4630